IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | AUG 14 2000 |
| | ) | MDL 875 |
| This Document Relates to United States District Court for the Maryland | ) ) ) | |
| (See Attachment A) | ) ) ) ) | 86-2877 |

AND NOW, this 31st day of July, 2000, FIBREBOARD CORPORATION is hereby dismissed without prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: 7/31/00

_____
Charles R. Weiner